## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA <br>      Plaintiff, <br> v. <br><br> EDIAN PALERMO BAREA (16) <br>      Defendant. | Criminal no. 22-138 (PAD) |

### MOTION FOR AUTHORIZATION TO FILE CJA VOUCHER
**TO THE HONORABLE COURT:**

Comes now the undersigned, and respectfully states and prays as follows:

**TO THE HONORABLE COURT:**

Comes now the defendant, Mr. Palermo Barea and respectfully states and prays as follows:

1. Upon request, the undersigned counsel was withdrawn from the representation of Mr. Palermo Barea, and then appointed Yassmin González, Esq. (*See* Docket Entry #294)

2. The undersigned has since forwarded the available discovery to Yassmin González, Esq. and briefed her on all matters.

3. A meeting between the attorneys and the client will be scheduled for this week.

WHEREFORE, due to the undersigned having completed all his duties in this case, permission is requested to file a CJA Voucher for this case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 23rd day of May, 2023.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
PO Box 12247

Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com